**Order entered October 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01143-CR

**APRIL MICHELLE FLOYD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CR18-0971**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing to determine whether appellant is indigent and entitled to court-appointed counsel in this appeal. On October 8, 2019, a supplemental clerk's record containing the trial court's appointment of counsel was filed with the Court. We **DIRECT** the Clerk of the Court to list Craig Stoddart as appointed counsel for appellant.

The clerk's record has been filed. The reporter's record is **DUE** by October 15, 2019.


/s/      LANA MYERS
         JUSTICE